UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS MATA on behalf of himself and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>VEROS CREDIT, LLC<br><br>              Defendant. | CASE NO. 8:16-cv-00098-DOC-JCG<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii) [53]** |

The Court has reviewed the Stipulation to Dismiss of Plaintiff JUAN CARLOS MATA and Defendant VEROS CREDIT, LLC.  Good cause appearing, the Court grants the parties' Stipulation to Dismiss Plaintiff's individual claim, with prejudice, and to dismiss without prejudice the putative class action claims asserted by Plaintiff, pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear their respective attorneys' fees and costs.

    IT IS SO ORDERED.

Dated:   July 10, 2017

                                *David O. Carter*

                                Honorable David O. Carter<br>                                UNITED STATES DISTRICT JUDGE